UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    S6 19 CR 781 (PKC)

      -against-                                               ORDER

CHIKA NWAFO and LUIS RIVAS,

                      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

      Arraignment and initial conference of Chika Nwafo and Luis Rivas originally scheduled for June 30, 2022 is adjourned to July 13, 2022 at 2:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, New York. Mr. Nwafo should be presented before a Magistrate Judge in this district to have counsel appointed prior to the arraignment date before the undersigned.

      I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow time for Mr. Nwafo to be released from ICE custody, for both defendants to travel from Texas to New York, and for Mr. Nwafo to have counsel appointed by the Magistrate Judge. Accordingly, the time between today and July 13, 2022 is excluded.

      SO ORDERED.

                                                          P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
         June 28, 2022