O'NEILL / HASSEN                                                                              Attorneys at Law

August 2, 2022

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: New York, NY
08/02/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

RE: *US v. Chika Nwafo,* 19 Cr. 781 (PKC)

Dear Judge Castel:

    I am writing to request a temporary modification of Mr. Nwafo's conditions of release. He has a curfew from 9:00PM to 6:00 AM. I am requesting that this curfew be lifted on August 6, 2022 to allow Mr. Nwafo to go on a date that would end later in the evening.

    Pretrial services consents to this request, and the government has no objection. Mr. Nwafo would confirm all details with probation officer Sacton no later than Friday August 5, 2022.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997        4 / www.oandh.net
2 / F (212) 203-1858        5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net       6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA