# O'NEILL / HASSEN

Attorneys at Law

October 6, 2022

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED.*
*Mr. Nwafo is reminded*
*that all conditions*
*remain in place.*
*SO ORDERED*
*/s/ PKC USDJ*
*10-7-22*

RE: *US v. Chika Nwafo,* 19 Cr. 781 (PKC)

Dear Judge Castel:

*OK*

I represent Chika Nwafo in the above-captioned-case. I am writing with the consent of the government to request a temporary modification of Mr. Nwafo's bail to allow him to celebrate his girlfriend's birthday after his curfew this Saturday night, October 8, 2022. Mr. Nwafo will remain in the Houston area and will go to a lounge for the party and will return home around 3:00 AM on Sunday morning. If permitted to Mr. Nwafo will confirm details with his probation officer.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA