UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                        S6 19 CR 781 (PKC)

            -against-                                   ORDER

CHIKA NWAFO and LUIS RIVAS,

                        Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

            The conference previously scheduled for October 25, 2022 is adjourned to

November 10, 2022 at 4:00 p.m. in Courtroom 11D.  I find that the ends of justice will be

served by granting a continuance and that taking such action outweighs the best interest of the

public and the defendant in a speedy trial.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  The reason for this finding is that the grant of the

continuance is needed for the undersigned to comply with the Court's covid protocol.

Accordingly, the time between today and November 10, 2022 is excluded.

            SO ORDERED.

                                        _____
                                        P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       October 24, 2022