**O'NEILL / HASSEN**                                                                 Attorneys at Law

November 1, 2022

<u>VIA ECF and Email</u>
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *US v. Chika Nwafo,* 19 Cr. 781 (PKC)

Dear Judge Castel:

I am writing to request that the Court adjourn the status conference for a few days. I will be flying out of state on the 10th of November for the Veterans Day Holiday. I reiterate the request for Mr. Nwafo's presence to be waived or for him to be permitted to attend the hearing virtually.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

Upon the application of defense counsel, the conference previously scheduled for November 10, 2022 is adjourned to November 17, 2022 at 12:00 p.m. by Microsoft Teams. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reason for this finding is that the grant of the continuance is needed to accommodate defense counsel's schedule.  Accordingly, the time between today and November 17, 2022 is excluded.
SO ORDERED
Dated:  11/1/2022

_____
P. Kevin Castel
United States District Judge

**1 /** P (646) 808-0997         **4 /** www.oandh.net
**2 /** F (212) 203-1858         **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net        **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA