# O'NEILL / HASSEN

Attorneys at Law

November 4, 2022

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *US v. Chika Nwafo,* 19 Cr. 781 (PKC)

Dear Judge Castel:

I represent Chika Nwafo in the above-captioned-case. I am writing with the consent of the government to request a modification of Mr. Nwafo's bail. Mr. Nwafo has been fully compliant with the conditions of his release. However, it has been extremely difficult for him to find a second financially responsible cosigner for his bail. His partner has signed his bail and accepted the responsibility. The government now consents to modify his bail to require only one financially responsible cosigner of his bail, rather than two. I ask that the Court modify Mr. Nwafo's conditions of release accordingly.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*

Application
GRANTED.
SO ORDERED
USDS
11-4-22