# O'NEILL / HASSEN

Attorneys at Law

November 23, 2022

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten note from judge: "Please explain. If there is no curfew, what protection is offered by an ankle monitor? Application DENIED without prejudice. SO ORDERED [signature] USDJ 11/28/22"]*

RE: *US v. Chika Nwafo,* 19 Cr. 781 (PKC)

Dear Judge Castel:

I am writing to request a modification of Mr. Nwafo's conditions of release. Pretrial consents to the lifting of the curfew that is currently imposed, provided that the ankle monitor remain. The government defers to pretrial and does not object to this proposed modification.

Mr. Nwafo has been fully compliant with the conditions of release. He maintains a stable homelife and has a full-time job. This weekend he will celebrate Thanksgiving with his girlfriend's family in Houston and he hopes that his girlfriend will agree to take a significant step in their relationship.

I have been in communication with Mr. Nwafo's pretrial services officer from Houston, and Mr. Nwafo has been in full compliance with the conditions of his release. I ask that the Court lift the curfew that is currently imposed and retain the ankle monitor.

I thank the Court for its attention to this matter. And wish all a Happy Thanksgiving.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA