UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                 S6 19 CR 781 (PKC)

        -against-                                                                               ORDER

CHIKA NWAFO,

                         Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the status conference previously scheduled for March 22, 2023, is adjourned until May 25, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reason for this finding is that the grant of the continuance is needed to allow the parties to continue plea negotiations and potentially resolve the case.  Accordingly, the time between today and May 25, 2023 is excluded.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
            March 17, 2023