UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          S6 19 CR 781 (PKC)

      -against-                                                ORDER

CHIKA NWAFO,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

      The status conference previously scheduled for March 22, 2023, is moved up to May 24, 2023 at 2:00 p.m. in Courtroom 11D.

      SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       April 12, 2023