UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      S6 19 CR 781 (PKC)

       -against-                                  CORRECTED ORDER

CHIKA NWAFO,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The status conference previously scheduled for May 25, 2023, is moved up to May 24, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         April 12, 2023