**O'NEILL / HASSEN**                                                    Attorneys at Law

June 1, 2023

<u>VIA ECF and Email</u>
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Terminate.
SO ORDERED.
Dated:  7/10/2023

*[signature]*

P. Kevin Castel
United States District Judge

RE: *United States v. Chika Nwafo,* 19 Cr 781 (PKC)

Dear Judge Castel:

I represent Mr. Nwafo in the above-captioned matter. I am writing with the consent of the government to request that the status conference, currently scheduled for June 6, 2023, be adjourned for approximately one month. The parties are actively engaged in negotiations in the hopes that we might be able to reach a resolution of this matter short of trial. We are hopeful that the additional time will allow us to continue our ongoing discussions and potentially resolve this case. We propose that the Court schedule a status conference in the later part of in mid-July, 2023 or thereafter. The defense consents to the exclusion of time under the Speedy Trial Act.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*