UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        - against –

CHIKA NWAFO,
                            Defendant.
------------------------------------------------------------X

ORDER AUTHORIZING PAYMENT
FOR TRAVEL EXPENSES

19 Cr 781 (PKC)

**Castel**, United States District Judge:

Defendant's request for authorization to travel to and from Houston, Texas to New York for the purposes of arraignment and meetings with defense counsel in preparation for the arraignment is granted.

1) The United States Marshal is Ordered to pay for defendant's travel from Houston, Texas to New York on **September 12, 2023**, pursuant to 18 U.S.C. § 4285.

Dated: New York, New York
        August 2, 2023

_P. Kevin Castel_
P. Kevin Castel
United States District Judge
Southern District of New York