UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                     19 CR 781 (PKC)

      -against-                                          ORDER

CHIKA NWAFO,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for September 13, 2023 is adjourned until October 17, 2023 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit defendant time to recuperate and to arrange travel. Accordingly, the time between today and October 17, 2023 is excluded.

       SO ORDERED.

                                                                  P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
         September 12, 2023