UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                                      :    ORDER AUTHORIZING PAYMENT
                                                      :    FOR TRAVEL EXPENSES
    - against –                             :
                                                      :
CHIKA NWAFO,                          :    19 Cr 781 (PKC)
                     Defendant.    :
-------------------------------------------------------X

**Castel**, United States District Judge:

        Defendant's request for authorization to travel from Houston, Texas to New York for the purposes of a change of plea hearing is granted.

    1)  The United States Marshal is Ordered to pay for defendant's travel from Houston, Texas to New York on **October 16, 2023**, pursuant to 18 U.S.C. § 4285.

Dated: New York, New York

       September 13, 2023

                                                    P. Kevin Castel
                                                    United States District Judge
                                                    Southern District of New York