UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          S6 19 CR 781 (PKC)

        -against-                                                ORDER

CHIKA NWAFO,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The TIME for the plea scheduled on October 17, 2023 is moved to 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
           September 27, 2023