UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,             :

                                                    :       ORDER AUTHORIZING PAYMENT
                                                    :       FOR TRAVEL EXPENSES
    - against –                                   :
                                                    :
CHIKA NWAFO,                           :       19 Cr 781 (PKC)
                      Defendant.    :
-------------------------------------------------------------X

**Castel**, United States District Judge:

Defendant's request for authorization to travel from Houston, Texas to New York for the purposes of a change of plea hearing is granted. The change of plea hearing is scheduled for October 17, 2023, at 3:00 PM.

1) The United States Marshal is Ordered to pay for defendant's travel from Houston, Texas to New York **in the morning of October 17, 2023**, pursuant to 18 U.S.C. § 4285.

Dated: New York, New York
         September __28__, 2023

                                                                         _____
                                                                         P. Kevin Castel
                                                                         United States District Judge
                                                                         Southern District of New York