UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

ORDER AUTHORIZING PAYMENT
FOR TRAVEL EXPENSES

- against –

CHIKA NWAFO,
Defendant.

19 Cr 781 (PKC)

-----------------------------------------------------------X

**Castel**, United States District Judge:

Defendant's request for authorization to travel from Houston, Texas to New York for the purposes of a change of plea hearing is granted. The change of plea hearing is scheduled for November 1, at 2:00 PM.

The United States Marshal is Ordered to pay for defendant's travel from Houston, Texas to New York **for the change of plea hearing on November 1, 2023**, pursuant to 18 U.S.C. § 4285.

Dated: New York, New York
        October  24  , 2023

_____
P. Kevin Castel
United States District Judge
Southern District of New York