# O'NEILL / HASSEN

Attorneys at Law

November 9, 2023

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

*Application DENIED.*
*SO ORDERED*
*/s/ [Castel]*
*USDJ*
*11-14-23*

RE: *United States v. Chika Nwafo*, 19 Cr 781 (PKC)

Dear Judge Castel:

I am writing to request that the Court remove the location monitoring condition of Mr. Nwafo's condition of release. I have spoken with his pretrial officer. His officer said they would have no objection to the ankle monitor's removal. He further said that Mr. Nwafo has been fully compliant with all the terms of his release, and in his estimation, Mr. Nwafo is not a danger to the community or a risk of flight. The officer further told me that Mr. Nwafo is gainfully employed and fully compliant with all terms of release. I have spoken with the government, and it says it defers to pretrial.

I ask that the Court lift the location monitoring condition of Mr. Nwafo's release. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2CB2 E6F0 93EA D673 EA30 C7E8 7E03 181B 82FA