**O'NEILL / HASSEN**                                                    Attorneys at Law

July 10, 2023

Application GRANTED.
SO ORDERED.
Dated:  1/2/20224

_P. Kevin Castel_
United States District Judge

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Chika Nwafo,* 19 Cr 781 (PKC)

Dear Judge Castel:

I represent Mr. Nwafo in the above-captioned matter. I am writing with the consent of the government to request that the PSR deadlines be extended for approximately two additional weeks. We are working to provide documents that ultimately will aid the Court in determining the appropriate sentence, but need additional time. I ask that all disclosures be pushed out two additional weeks, with the first disclosure due on the 17th of January. The government consents to this request.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*

cc: Emily Deininger
T. Josiah Pertz
Taylor Smarra

1 / P (646) 808-0997          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net         6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA