**O'NEILL / HASSEN**  Attorneys at Law

April 24, 2024

<u>VIA ECF and Email</u>
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Chika Nwafo,* 19 Cr 781 (PKC)

Dear Judge Castel:

I represent Mr. Nwafo in the above-captioned matter. I write, with no objection from the government, to request that the sentencing in this matter, currently scheduled for May 8, 2024 be adjourned for approximately two weeks. The government has kindly consented to this request.

Mr. Nwafo has been fully compliant with the conditions of his release. I ask for this adjournment because we are still waiting on letters of support from Mr. Nwafo's family and community. The government has consented to a brief two-week adjournment to allow us to compile Mr. Nwafo's sentencing submission.

I thank the Court for its attention to this matter.

Sentencing adjourned from May 8, 2024 to May 23, 2024 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 4/24/2024

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Chika Nwafo*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA