**O'NEILL / HASSEN**                                                                                   Attorneys at Law

July 1, 2024

VIA ECF and Email
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

> Application GRANTED.
> SO ORDERED.
> Dated: 7/3/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

RE: *United States v. Chika Nwafo,* 19 Cr 781 (PKC)

Dear Judge Castel:

I represented Chika Nwafo in the above-captioned-case. [The location monitoring unit of pretrial services has contacted me and requested that I ask the Court to order the removal Mr. Nwafo's location monitoring two days before his surrender date of July 9, 2024.] The government defers to pretrial for its position.

I ask that the Court order his location monitoring equipment removed on July 5, 2024, to account for the weekend.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

---

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net     **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA