**O'NEILL / HASSEN**                                                                 Attorneys at Law

May 1, 2025

<u>VIA ECF and Email</u>
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

       RE: *United States v. Chika Nwafo,* 19 Cr 781 (PKC)

Dear Judge Castel:

      I represented Mr. Nwafo in the above captioned matter, pursuant to the CJA. I am writing to request that the Court order Pretrial Services to release Mr. Nwafo's Nigerian passport to me, so I can provide it to him. The government has no objection to this request. Pretrial has located the passport and informs me that a court order is required to return the document to Mr. Nwafo.

      I thank the Court for its attention to this matter.

Application Granted.
SO ORDERED.
Dated: 5/1/2025

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997      4 / www.oandh.net
2 / F (212) 203-1858       5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net      6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA